## 48874. ROBINSON v. ZURICH INSURANCE COMPANY et al.

BELL, Chief Judge.

This is the third appeal of this case. See *Zurich Ins. Co. v. Robinson,* 123 Ga. App. 582 (181 SE2d 923) and

*Zurich Ins. Co. v. Robinson,* 127 Ga. App. 113 (192 SE2d 533). The records of all show that claimant was awarded compensation for 15% loss of use of his right leg via a supplemental agreement approved by the board. In its last appearance we upheld the board's award that a change of condition over the supplemental agreement of February 1969 had not been shown. Thereafter, claimant filed a letter with the board in which he claimed that at the time of the execution of the 15% supplemental agreement there was also executed another supplemental agreement for a 40% member disability; both were filed with the board but only the agreement providing for the lesser compensation was approved; that the 15% agreement was a mistake and procured by fraud and that claimant "elects to be paid" under the 40% agreement. The deputy director and the full board on review made an award to the effect that the approved 15% supplemental agreement was in full force and effect. The superior court affirmed on appeal. *Held:*

The Board of Workmen's Compensation is an administrative body and it possesses only the jurisdiction, power, and authority granted to it by the legislature. *Simpson v. Liberty Mut. Ins. Co.,* 99 Ga. App. 629, 633 (109 SE2d 876); *St. Paul Fire &c. Ins. Co. v. Bridges,* 106 Ga. App. 621 (127 SE2d 699). Where the parties' agreement has been approved by the board, the board is without authority to vacate, set aside, or modify, a prior final award in the absence of a change of condition. *St. Paul Fire &c. Ins. Co. v. Bridges,* supra. Under the authorities cited, the Workmen's Compensation Board is not empowered to grant the relief that claimant has requested.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

ARGUED JANUARY 7, 1974 — DECIDED APRIL 23, 1974 —
REHEARING DENIED MAY 15, 1974 —

*Robert T. Efurd, Jr., W. C. Dominy,* for appellant.
*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Robert L. Kiser, Williston C. White,* for appellees.